UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN ROLLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>R STREET INSTITUTE,<br><br>    Defendant. | Civil Action No. 22-30059-MGM |

SCHEDULING ORDER

August 11, 2022

MASTROIANNI, U.S.D.J.

The following schedule is entered based on the parties' proposed schedule (Dkt. No. 9) and the schedule set at the initial scheduling conference on August 11, 2022:

1. The parties shall exchange initial disclosures by **August 26, 2022**.

2. The parties shall serve written discovery requests by **February 13, 2023**.

3. Except for good cause shown, any amendments to the pleadings shall be made by **November 28, 2022**.

4. Fact discovery, including depositions of non-expert witnesses, shall be completed by **March 31, 2023**. Supplemental disclosures under Fed. R. Civ. P. 26(e) shall be made promptly after the receipt of information by the party or counsel and, in any event, no later than the completion of fact discovery, unless good reason can be shown for why such information was not available.

5. The court will hold a telephonic status conference on **March 30, 2023 at 10:00 a.m.** at which time the parties will discuss whether they will be filing dispositive motions and the schedule for expert discovery, if any.

6. Dispositive motions, if any, shall be filed by **May 15, 2023**. Oppositions shall be filed within 28 days of the filing of dispositive motions. Replies, if any, shall be filed within 28 days after oppositions are filed.

7.  A hearing on any filed dispositive motions will be held on **September 7, 2023 at 10:00 a.m.** If no dispositive motions are filed, this hearing will be converted to an initial pretrial conference.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge