# Exhibit  F

Page 1

1          UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3    LAUREN ROLLINS,

4          Plaintiff,

5       vs.              Civil Action No. 3:22-cv-30059

6    R STREET INSTITUTE,

7          Defendant.

8    -------------------------------x

9

10

11                  DEPOSITION OF

12                 LAUREN L. ROLLINS

13               Wednesday, May 3, 2023

14                   10:39 a.m.

15                Jackson Lewis P.C.

16                  75 Park Plaza

17             Boston, Massachusetts 02116

18

19

20

21

22

23               Laurie K. Langer, RPR

24

Page 2

1                    APPEARANCES

2

3    ON BEHALF OF THE PLAINTIFF(s):

4       BY:   Deborah McKenna, Esq.

5                Hayber McKenna & Dinsmore, LLC

6                472 Wheelers Farm Road

7                Milford, Connecticut 06461

8                (203) 691-6491

9                dmckenna@hayberlawfirm.com

10

11   ON BEHALF OF THE DEFENDANT(s):

12      BY:   Benjamin R. Davis, Esq.

13               JACKSON LEWIS PC

14               75 Park Plaza

15               Boston, Massachusetts 02116

16               (617) 367-0025

17               benjamin.davis@jacksonlewis.com

18

19

20

21

22

23

24

Page 3

1                    INDEX OF EXAMINATION

2

3    WITNESS:  Lauren L. Rollins

4    EXAMINATION                              PAGE NO.

5    By Mr. Davis                                4

6

7                    INDEX TO EXHIBITS

8    NO.          DESCRIPTION               PAGE NO.

9    Exhibit 1   Résumé                        53

10   Exhibit 2   MCAD Charge of Discrimination   54

11   Exhibit 3   E-Mail Chain and Attached      87

12               Raise Request Memo

13   Exhibit 4   10/17/19 E-Mail to           124

14               Erica Schoder

15

16    (Original exhibits attached to original transcript)

17

18

19

20

21

22

23

24

Page 4

1                    P R O C E E D I N G S

2

3

4          MR. DAVIS:  So I don't know if the usual

5    stipulations in Connecticut are the same as

6    Massachusetts, but are you comfortable with all

7    objections, except as to form, being waived until the --

8          MS. MCKENNA:  Yeah.

9          MR. DAVIS:  Reserved until the time of

10    trial.  30 days to read and sign the transcript.  And

11    waiving notary.

12          MS. MCKENNA:  Yes, to all three of those.

13

14                    LAUREN L. ROLLINS,

15    having been satisfactorily identified by the production

16    of her driver's license, and duly sworn by the Notary

17    Public, was examined and testified as follows:

18

19

20                         EXAMINATION

21

22    BY MR. DAVIS:

23        Q.  Good morning, Ms. Rollins.

24        A.  Good morning.

Page 90

1

REDACTED

15      A.  Okay.  So in terms of the time periods -- I'm

16   neuro divergent.  So for me to fix months and dates in

17   time in the past specifically is very difficult for me

18   without something to cross reference.

19      Q.  Okay.

20      A.  So that is the source of me not being sure about

21   when exactly.  Also, this was an ongoing process, and I

22   had to make several requests of different people because

23   my boss was changing so often.

24      Q.  Yep.

Page 220

1                          CERTIFICATE

2

3    COMMONWEALTH OF MASSACHUSETTS

4    SUFFOLK, ss.

5

6       I, Laurie Langer, Registered Professional Reporter
     and Notary Public in and for the Commonwealth of
7    Massachusetts, do hereby certify that the witness whose
     deposition is hereinbefore set forth, was duly sworn by
8    me and that such deposition is a true record of the
     testimony given by the witness.

9

10

        I further certify that I am neither related to or
11   employed by any of the parties in or counsel to this
     action, nor am I financially interested in the outcome
12   of this action.

13

        In witness whereof, I have hereunto set my hand and
14   seal this 15th day of May, 2023.

15

16

17

18                        NOTARY PUBLIC
                          Commission Expires
19                        7/27/2023

20

21

22

23

24

Page 221

1               DEPOSITION ERRATA SHEET

2

3   Our Assignment No:  5896239

4   Case Caption:  Rollins vs. R Street

5

6            DECLARATION UNDER PENALTY OF PERJURY

7        I declare under penalty of perjury that I have

8   read the entire transcript of my Deposition taken in the

9   captioned matter or the same has been read to me, and

10  the same is true and accurate, save and except for

11  changes and/or corrections, if any, as indicated by me

12  on the DEPOSITION ERRATA SHEET hereof, with the

13  understanding that I offer these changes as if still

14  under oath.

15        Signed on the_____day of _____2023

16

17  _____

18               LAUREN L. ROLLINS

19

20

21

22

23

24

Page 222

1                        DEPOSITION ERRATA SHEET

2      Page No.____ Line No. ____ Change to:_____

3      _____

4      Reason for change: _____

5      Page No.____ Line No. ____ Change to:_____

6      _____

7      Reason for change: _____

8      Page No.____ Line No. ____ Change to:_____

9      _____

10     Reason for change: _____

11     Page No.____ Line No. ____ Change to:_____

12     _____

13     Reason for change: _____

14     Page No.____ Line No. ____ Change to:_____

15     _____

16     Reason for change: _____

17     Page No.____ Line No. ____ Change to:_____

18     _____

19     Reason for change: _____

20     Page No.____ Line No. ____ Change to:_____

21     _____

22     Reason for change: _____

23     SIGNATURE:_____DATE:_____

24                       LAUREN L. ROLLINS

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.