UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN ROLLINS,<br>          Plaintiff,<br><br>v.<br><br>R STREET INSTITUTE,<br>          Defendant. | Civil Action No. 3:22-cv-30059-MGM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Lauren Rollins, together with Defendant, R Street Institute, by and through their undersigned counsel, hereby stipulate that all claims asserted by Plaintiff against Defendant are hereby dismissed with prejudice, with each party to bear their own costs, expense, and attorney's fees, and all rights of appeal waived.

| | |
|---|---|
| Dated:  August 7, 2024 | Respectfully submitted, |
| Defendant, R STREET INSTITUTE,<br>By its Attorneys, | Plaintiff, LAUREN ROLLINS,<br>By her Attorneys, |
| /s/ Benjamin R. Davis<br>Benjamin R. Davis (BBO # 673017)<br>JACKSON LEWIS P.C.<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>Tel.: (617) 367-0025<br>benjamin.davis@jacksonlewis.com | /s/ Deborah L. McKenna<br>Deborah L. McKenna (*pro hac vice*)<br>Federal Bar No.: ct17326<br>Hayber, McKenna & Dinsmore, LLC<br>472 Wheelers Farms Road<br>Milford, CT 06461<br>Tel.: (203) 691-6491<br>Fax: (860) 218-9555<br>dmckenna@hayberlawfirm.com |
| | /s/ Raymond Dinsmore<br>Raymond Dinsmore (BBO # 776340)<br>Hayber, McKenna & Dinsmore, LLC<br>One Monarch Place, Suite 1340<br>Springfield, MA 01144<br>Tel.: (413) 785-1400<br>Fax: (860) 218-9555<br>rdinsmore@hayberlawfirm.com |

**CERTIFICATE OF SERVICE**

    I, Deborah L. McKenna, hereby certify that this document, filed through the CMECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 7, 2024, and to unregistered participants via email.

                                                */s/ Deborah L. McKenna*
                                                Deborah L. McKenna